

Order Filed on April 28, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
McGovern Legal Services, LLC
By: Marlena S. Diaz-Cobo, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
(732) 246-1221
Attorneys for Marina Bay Club Condominium Association, Inc.

In re:

**MICHAEL RUBEL,**

Debtor.

Case No.: 23-11745

Judge: Michael B. Kaplan, Chief Judge

Chapter: 13

## CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered one (1) though three (3) is hereby **ORDERED.**

**DATED: April 28, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

McGOVERN LEGAL SERVICES, LLC
BY: MARLENA S. DIAZ-COBO, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR MARINA BAY CLUB CONDOMINIUM ASSOCIATION, INC.

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE |
| MICHAEL RUBEL | CASE NO.:  23-11745-MBK |
| Debtor. | **CONSENT ORDER** |

## CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION

**THIS MATTER** having been brought before the court by McGovern Legal Services, LLC, attorneys for Creditor, Marina Bay Club Condominium Association, Inc. (the "Association"), by way of Objection to Confirmation of Debtor's Chapter 13 Plan, the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

**IT IS ORDERED**, as follows:

1. The Association's secured claim against the Debtor's estate is allowed in the amount of $33,772.18 and the Association's general unsecured claim against the Debtor's estate is allowed in the amount of $1,338.00, for a total claim of $35,110.18.

2. The Debtor shall pay the Association's secured claim in the amount of $33,772.18 through the Plan.

3. The Debtor shall pay the Association all post-petition assessments as they become due and owing in the regular course of business.

WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:

McGovern Legal Services, LLC
Attorneys for Marina Bay Club Condominium Association, Inc.

_____          4/12/23
MARLENA S. DIAZ-COBO, ESQ.              DATE

_____          4-3-23
BENJAMIN JAMIE GINTER, ESQ.             DATE
Attorney for Debtor