Order Filed on April 28, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
McGovern Legal Services, LLC
By: Marlena S. Diaz-Cobo, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
(732) 246-1221
Attorneys for Marina Bay Club Condominium Association, Inc.

In re:

MICHAEL RUBEL,

    Debtor.

Case No.: 23-11745

Judge: Michael B. Kaplan, Chief Judge

Chapter: 13

## CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered one (1) though three (3) is hereby **ORDERED**.

DATED: April 28, 2023

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

McGOVERN LEGAL SERVICES, LLC
BY: MARLENA S. DIAZ-COBO, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR MARINA BAY CLUB CONDOMINIUM ASSOCIATION, INC.

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE |
| MICHAEL RUBEL | CASE NO.: 23-11745-MBK |
| Debtor. | **CONSENT ORDER** |

**CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION**

**THIS MATTER** having been brought before the court by McGovern Legal Services, LLC, attorneys for Creditor, Marina Bay Club Condominium Association, Inc. (the "Association"), by way of Objection to Confirmation of Debtor's Chapter 13 Plan, the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

**IT IS ORDERED**, as follows:

1. The Association's secured claim against the Debtor's estate is allowed in the amount of $33,772.18 and the Association's general unsecured claim against the Debtor's estate is allowed in the amount of $1,338.00, for a total claim of $35,110.18.

2. The Debtor shall pay the Association's secured claim in the amount of $33,772.18 through the Plan.

3. The Debtor shall pay the Association all post-petition assessments as they become due and owing in the regular course of business.

2

WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:

McGovern Legal Services, LLC
Attorneys for Marina Bay Club Condominium Association, Inc.

_____    4/12/23
MARLENA S. DIAZ-COBO, ESQ.    DATE

_____    4-3-23
BENJAMIN JAMIE GINTER, ESQ.    DATE
Attorney for Debtor

3

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11745-MBK |
| Michael Rubel | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: May 01, 2023 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael Rubel, 580 Patten Ave, Unit 52, Long Branch, NJ 07740-7861 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Benjamin Jamie Ginter | on behalf of Debtor Michael Rubel gintr316@aol.com |
| Denise E. Carlon | on behalf of Creditor The Federal Savings Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marlena S. Diaz-Cobo | on behalf of Attorney Marina Bay Club Condominium Association  Inc. collections@theassociationlawyers.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor American Honda Finance Corporation dba Acura Financial Services  administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| William H Brosha | on behalf of Attorney Marina Bay Club Condominium Association  Inc. collections@theassociationlawyers.com |

TOTAL: 7