| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>Attorneys for Secured Creditor: The Federal Savings Bank | Order Filed on May 9, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Michael Rubel,<br>Debtor | Case No.: 23-11745 MBK<br>Adv. No.:<br>Hearing Date: 5/10/2023 @10:00 a.m.<br>Judge: Michael B. Kaplan |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: May 9, 2023**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Page 2
Debtor:     Michael Rubel
Case No.:   23-11745 MBK
Caption:    **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, The Federal Savings Bank, holder of a mortgage on real property located at 580 Patten Avenue Unit 52, Long Branch, NJ, 07740, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Benjamin Jamie Ginter, Esquire, attorney for Debtor, and for good cause having been shown;

   It **ORDERED, ADJUDGED and DECREED** that Debtors shall pay the arrearage claim in full through the Chapter 13 plan; and

   It **ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

   It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim and notice of payment changes; and

   It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.