Certificate Number: 17082-NJ-DE-037450431

Bankruptcy Case Number: 23-11745



17082-NJ-DE-037450431

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 22, 2023</u>, at <u>2:12</u> o'clock <u>PM MST</u>, <u>MICHAEL RUBEL</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>May 22, 2023</u>          By:    <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:  <u>Executive Director</u>