Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−11745−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Rubel
   580 Patten Ave
   Unit 52
   Long Branch, NJ 07740−7861

Social Security No.:
   xxx−xx−6966

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 21, 2023.

Dated: June 22, 2023
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 23-11745-MBK
Michael Rubel | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Jun 22, 2023      Form ID: plncf13      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michael Rubel, 580 Patten Ave, Unit 52, Long Branch, NJ 07740-7861 |
| aty | + | Marina Bay Club Condominium Association, Inc., McGovern Legal Services, 850 CAROLIER LANE, NORTH BRUNSWICK, NJ 08902-3312 |
| 519853031 | | CB Indigo, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519853033 | | Federal Savings Bank, PO Box 653, Lake Zurich, IL 60047-0653 |
| 519853034 | | Marina Bay Club Condo, 265 State Route 36 Ste 209, West Long Branch, NJ 07764-1030 |
| 519860347 | + | Marina Bay Club Condominium Association, Inc., c/o McGovern Legal Services, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 519853035 | | McGovern Legal Services, 850 Carolier Ln, North Brunswick, NJ 08902-3312 |
| 519912714 | + | Paul A. Liberman, 331 Newman Springs Road, Building 3, Suite 310, Red Bank, NJ 07701-5688 |
| 519912715 | + | Scarinci Hollenbeck, 331 Newman Springs Road, Building 3, Suite 310, Red Bank, NJ 07701-5688 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 22 2023 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 22 2023 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519853029 | + | Email/PDF: bncnotices@becket-lee.com | Jun 22 2023 21:15:31 | American Express, Po Box 981537, El Paso, TX 79998-1537 |
| 519884597 | | Email/PDF: bncnotices@becket-lee.com | Jun 22 2023 21:15:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519895836 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2023 21:15:34 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519853030 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 22 2023 21:06:00 | Aspire, Po Box 105555, Atlanta, GA 30348-5555 |
| 519853032 | | Email/Text: mrdiscen@discover.com | Jun 22 2023 21:06:00 | Discover, Po Box 15316, Wilmington, DE 19850 |
| 519913143 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 22 2023 21:07:00 | The Federal Savings Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519867760 | | Email/Text: mrdiscen@discover.com | Jun 22 2023 21:06:00 | Discover Bank/Discover Products Inc, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 519912458 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 22 2023 21:08:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519853943 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2023 21:15:17 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519861816 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 22 2023 20:58:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519914807 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 22 2023 21:15:54 | Portfolio Recovery Associates, LLC, POB 41067, |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 519888257 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 22 2023 21:15:32 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519853036 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 22 2023 21:15:29 | Regional Acceptance, 10 Corporate Cir # 200, New Castle, DE 19720-2418 |
| 519857198 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 22 2023 21:15:29 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 519909642 | | Email/Text: bankruptcy@springoakscapital.com | Jun 22 2023 21:06:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE VA 23327-1216 |
| 519853374 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 22 2023 21:15:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519883928 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 22 2023 21:15:28 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519886863 | * | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 24, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Benjamin Jamie Ginter | on behalf of Debtor Michael Rubel gintr316@aol.com |
| Denise E. Carlon | on behalf of Creditor The Federal Savings Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marlena S. Diaz-Cobo | on behalf of Attorney Marina Bay Club Condominium Association Inc. collections@theassociationlawyers.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor American Honda Finance Corporation dba Acura Financial Services administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Jun 22, 2023 Form ID: plncf13 Total Noticed: 28

William H Brosha
    on behalf of Attorney Marina Bay Club Condominium Association  Inc. collections@theassociationlawyers.com

TOTAL: 7