Benjamin J. Ginter, Attorney at Law
34 Forest Avenue
Cranford, NJ 07016
Tel: 908-272-6565
Fax: 484-214-0310
Attorney for Debtor

---

| IN RE: | UNITED STATES BANKRUPTCY COURT |
| | DISTRICT OF NEW JERSEY |
| | CHAPTER 13 |
| MICHAEL RUBEL | CASE NO.: 23-11745/MBK |
| DEBTOR. | |

---

### CERTIFICATION OF SERVICE

Benjamin J. Ginter, of full age, does hereby certify:

1. I am the attorney for Michael Rubel, in the above-entitled matter.

2. On December 19, 2023, I mailed the Chapter 13 Debtor's Certification in Opposition and Certification of Service to:

To:
Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650

American Express
Po Box 981537
El Paso, TX 79998-0000

Aspire
 Po Box 105555
Atlanta, GA 30348-0000

 CB Indigo
 PO Box 30281
 Salt Lake City, UT 84130-0281

Discover

Po Box 15316
Wilmington, DE 19850
Federal Savings Bank
PO Box 653
Lake Zurich, IL 60047-0653

Marina Bay Club Condo
265 State Route 36 Ste 209
West Long Branch, NJ 07764-1030

McGovern Legal Services
850 Carolier Ln
North Brunswick, NJ 08902-3312

Regional Acceptance
10 Corporate Cir # 200
New Castle, DE 19720-241

**Denise E. Carlon**
KML Law Group, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106


I hereby certify that the foregoing statements made by me are true; I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated: December 19, 2023                /s/Benjamin J. Ginter
                                        Benjamin J. Ginter, Esq.